# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

147054

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                             SC: 147054
                             COA: 312730
                             Kalamazoo CC: 2011-000937-FH

RUSTY KALEN BALDWIN,
       Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 7, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

s1118